# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**United States of America,**

        Plaintiff,                           Violation # 3306492

    vs                                         Case: 3:12-po-142

                                                    Magistrate Judge Newman

**Jade West,**

        Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Driving Under Suspension, in violation of the Ohio Revised Code, Section 4510.11 made in Violation Notice 3306492, is hereby AMENDED to a charge of Operating a Vehicle without a Valid Driver's License, in violation of the Ohio Revised Code, Section 4510.12.

IT IS SO ORDERED.

Date: 4/18/13

_/s/ Assistant United States Attorney_

_/s/ Michael Newman_
United States Magistrate Judge

4/10/13